IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND,<br><br>Plaintiffs,<br><br>v.<br><br>TILE, WOODS & MORE, INC.,<br><br>Defendant. | CASE NO. 08CV6697<br><br>JUDGE ST. EVE |

## MOTION FOR REINSTATEMENT AND FOR JUDGMENT

Plaintiffs, by its attorney, David P. Lichtman, move this Honorable Court to reinstate this case and enter judgment and in support state:

1. This is an ERISA trust fund case for delinquent contributions.
2. On February 9, 2009, pursuant to the parties' settlement, this case was dismissed without prejudice with leave to reinstate by March 6, 2009. **(Exhibit A, MINUTE Entry)**
3. The parties agreed to a two-month payment arrangement whereby the Defendant would submit $2,706.12 on January 31, 2009 and $5,000.00 on February 28, 2009. **(Group Exhibit B)**
4. The Defendant has failed to make either payment.
5. As a result of the Defendant's default, the Defendant owes to the Plaintiffs the sum of $7,706.12.

WHEREFORE, Plaintiffs pray that this case be reinstated and that judgment be entered against the Defendant in the amount of $7,706.12

Respectfully submitted,

/s/ David P. Lichtman
Attorney for the Plaintiffs

David P. Lichtman
Attorney No. 6290051
Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601 (312) 251-9700 Fax (312) 251-9701